*In re* JOSÉ A. RAMOS RODRÍGUEZ, querellado.

*Números:* PAD-93-09      *Resueltos:* 16 de noviembre de 1998
PAD-93-10
PAD-93-11
PAD-93-12
PAD-93-13
PAD-93-14

*Pedro A. Delgado Hernández, Procurador General, Carlos Lugo Fiol, Subprocurador General, e Yvonne Casanova Pelosi, Procuradora General Auxiliar,* querellantes; *Fernando Olivero Barreto,* abogado del querellado; *Daniel E. López Pritchard,* Presidente de la Comisión Disciplinaria y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia, en informe.

## RESOLUCIÓN

Considerado el extenso y fundamentado Informe de la Comisión Disciplinaria y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia, de 1ro de agosto de 1994, relativo a la conducta del entonces Juez de Distrito José A. Ramos Rodríguez, el Tribunal resuelve censurar enérgicamente al hoy abogado Ramos Rodríguez y ordenar que esta Resolución sea unida a su expediente personal en la Secretaría.

Por su importancia, *se ordena la publicación de esta resolución conjuntamente con dicho informe.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*